UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANDAU ASSOCIATES, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>WESTERN MAGNESIUM CORPORATION,<br><br>                Defendant,<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>                Garnishee. | Case No. 2:24-mc-00089-TL<br><br>**ORDER TO ISSUE WRIT OF GARNISHMENT**<br><br>[Clerk's Action Required] |

THIS MATTER having come before the undersigned judge of the above-entitled Court for review upon the Amended Application for Writ of Garnishment (the "Amended Application") filed by Plaintiff Landau Associates, Inc. ("Judgment Creditor"), and being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that, based upon the Amended Application and a review of the files and records in the case entitled *Landau Associates, Inc. v. Western Magnesium Corporation*, United States District Court, Western District of Washington Case 2:20-cv-01418-RAJ, including, without limitation, the Judgment in a Civil Case entered on July 19, 2021 (the "Judgment") (ECF 15), the Court finds and concludes that Judgment Creditor is entitled to a Writ of Garnishment (the "Writ") as requested. It is further

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

115534.0007/9943862.2

1    ORDERED, ADJUDGED AND DECREED that the Clerk of the Court issue the Writ that commands Bank of America, National Association ("Garnishee"), as garnishee, to complete and submit its Answer to Writ of Garnishment ("Answer"), as required by law, and answer on oath as to what amount, if any, Garnishee is indebted to Defendant Western Magnesium Corporation ("Judgment Debtor"), and what personal property or effects, if any, Garnishee has possession or control of at the time the Writ is served. It is further

ORDERED, ADJUDGED AND DECREED that the Amended Application, Writ, and Answer shall be served upon Garnishee and Judgment Debtor in the manner(s) prescribed in RCW 6.27.110. It is further

ORDERED, ADJUDGED AND DECREED that subsequent Writs of Garnishment may be issued by the Clerk upon application, without further Order of this Court, so long as the Judgment, plus applicable fees, costs and accrued interest, remains outstanding.

ENTERED this 18th day of December, 2024.

_____
The Honorable Tana Lin
United States District Court Judge

Presented By:

LANE POWELL PC


By /s/Gregory R. Fox
    Gregory R. Fox, WSBA No. 30559


By /s/Todd M. Brannon
    Todd M. Brannon, WSBA No. 59755

Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Telephone: 206.223.7000
Facsimile: 206.223.7107
FoxG@lanepowell.com
BrannonT@lanepowell.com

Attorneys for Plaintiff Landau Associates, Inc.

ORDER TO ISSUE WRIT OF GARNISHMENT - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

115534.0007/9943862.2